UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RIOS,<br><br>        Plaintiff,<br><br>    v.<br><br>SHR GROUP LLC,<br><br>        Defendant. | Case No. 21-cv-00268-JSW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this disability access action on January 11, 2021. (Dkt. No. 1.) Plaintiff moved for entry of default as to Defendant on February 12, 2021. (Dkt. No. 9.) The Clerk entered default on February 16, 2021. (Dkt. No. 10.) To date Plaintiff has not moved for default judgment or taken any other action in this case. Accordingly, on or before May 31, 2022, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure to timely respond to this Order will result in the dismissal of this action without further notice. The Court also advises Plaintiff that filing a motion for default judgment or a dismissal will not discharge this Order to Show Cause. The Court requires an explanation for the lack of action in this case.

**IT IS SO ORDERED.**

Dated: May 20, 2022

JEFFREY S. WHITE
United States District Judge