CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Isabel Rose Masanque, Esq., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mary Rios**, | ) Case No.: 4:21-cv-00268-JSW |
| Plaintiff, | ) |
| v. | ) **Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)** |
| **SHR Group LLC;** and Does 1-10, | ) |
| Defendants | ) |
| | ) Complaint Filed: 1/11/2021 |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: July 25, 2022          CENTER FOR DISABILITY ACCESS

                    By: /s/ Isabel Rose Masanque
                         Isabel Rose Masanque
                         Attorneys for Plaintiff